IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:02CR168 |
| vs. | ) | |
| | ) | ORDER |
| GUADALUPE WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion [100] of Jessica P. Douglas for leave to withdraw as counsel for the defendant due to a conflict. The court will grant the motion and appoint a CJA panel attorney.

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record [100] is granted, and the appearance of Jessica P. Douglas is hereby deemed withdrawn.

2. That **Mark W. Bubak** is appointed as attorney of record for the above-named defendant.

3. The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**DATED April 9, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**